No. 77–6466.  CASSIDY *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.  MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE WHITE would grant certiorari.

No. 77–6589.  SMITH *v.* CONNECTICUT PAROLE BOARD ET AL. C. A. 2d Cir.  Certiorari and other relief denied.

No. 77–6703.  EMERSON *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA.  C. A. 5th Cir.  Certiorari denied for failure to file petition within the time provided by 28 U. S. C. § 2101 (c).

No. 77–1013.  PUGLISI ET AL. *v.* UNITED STATES, 435 U. S. 968;

No. 77–1063.  EISENBERG *v.* UNITED STATES, 435 U. S. 995;

No. 77–1065.  LAWRIW *v.* UNITED STATES, 435 U. S. 969;

No. 77–1241.  WAGNER ET AL. *v.* BURLINGTON NORTHERN, INC., ET AL., 435 U. S. 996;

No. 77–5953.  RILEY *v.* ILLINOIS, 435 U. S. 1000;

No. 77–6288.  GIBSON *v.* FLORIDA, 435 U. S. 1004;

No. 77–6345.  APEL *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF REHABILITATION OF FLORIDA, 435 U. S. 1009;

No. 77–6352.  TOWNSLEY *v.* LINDSAY, JUDGE, ET AL., 435 U. S. 1006;

No. 77–6417.  WATKINS, DBA BELTONE HEARING AID CENTER *v.* LOU BACHRODT CHEVROLET, INC., 435 U. S. 999;

No. 77–6430.  FERMIN *v.* CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, 435 U. S. 1010; and

No. 77–6479.  RICKS *v.* COLLINS, WARDEN, 435 U. S. 994. Petitions for rehearing denied.

No. 76–1750.  STUMP ET AL. *v.* SPARKMAN ET VIR, 435 U. S. 349.  Petition for rehearing denied.  MR. JUSTICE BRENNAN took no part in the consideration or decision of this petition.